# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JENNY RENEE GIFFORD**                                                            **PLAINTIFF**

**VS.**                                            **CAUSE NO. 1:15-CV-00170-SA-DAS**

**MAGNOLIA REGIONAL HEALTH CENTER**                          **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the parties' joint *ore tenus* motion to dismiss all claims asserted by Plaintiff Jenny Renee Gifford, without prejudice, and after having duly considered said joint *ore tenus* motion to dismiss, the Court is of the opinion that said motion is well taken and should be granted. It is, therefore,

ORDERED and ADJUDGED that all claims asserted in this case by Plaintiff Jenny Renee Gifford against Defendant Magnolia Regional Health Center are hereby dismissed, without prejudice to their re-filing. The Clerk is ordered to close this file. All parties shall bear their own costs.

SO ORDERED AND ADJUDGED, this the 4th day of February, 2016.

                                                                              **/s/ Sharion Aycock**
                                                                              **U.S. DISTRICT JUDGE**

1900584